UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GERHARD PETER HUTTER,<br><br>Debtor. | 26-CV-5549 (JGLC)<br><br>**ORDER** |
| GERHARD PETER HUTTER and NANCE M. HUTTER,<br><br>Appellants,<br><br>-against-<br><br>NEWREZ LLC, d/b/a Shellpoint Mortgage Servicing, LLC, and THE BANK OF NEW YORK MELLON, as Trustee for the Certificate Holders of the CWALT, Inc.,<br><br>Appellees. | |

JESSICA G. L. CLARKE, United States District Judge:

This bankruptcy appeal has been assigned to me for all purposes. The briefing schedule provided in the Federal Rules of Bankruptcy Procedures, specifically in Rule 8018, is not excused and is hereby adopted. The parties are advised that oral argument will not be held unless and until the Court orders otherwise. The Clerk of Court is directed to mail a copy of this Order to Appellants.

Dated: July 15, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge