UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

GERHARD PETER HUTTER,

Debtor.

GERHARD PETER HUTTER and NANCE M. HUTTER,

Appellants,

-against-

NEWREZ LLC, d/b/a Shellpoint Mortgage Servicing, LLC, and THE BANK OF NEW YORK MELLON, as Trustee for the Certificate Holders of the CWALT, Inc.,

Appellees.

26-CV-5549 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On July 15, 2026, the Court adopted the briefing schedule in Rule 8018 in the Federal Rules of Bankruptcy Procedure. ECF No. 4. Rule 8018 provides that "[t]he appellant must serve and file a brief within 30 days after the docketing of notice that the record has been sent or that it is available electronically." On July 28, 2026, a Notice of Record of Appeal Availability appeared on the docket. *See* ECF No. 5. Accordingly, Appellants' deadline to serve and file their brief was August 27, 2026. Because of Appellants' pro se status, the Court HEREBY EXTENDS Appellant's deadline to serve and file their brief to **September 28, 2026**. See *Tracy v. Freshwater*, 623 F.3d 90, 101 (2d Cir. 2010) ("It is well established that a court is ordinarily obligated to afford a special solicitude to pro se litigants." (cleaned up)). Appellees shall then serve and file their briefs within 30 days after Appellant's brief is served.

For this same reason, Appellees' motion to dismiss the appeal pursuant to Rule 8018(a)(4) of the Federal Rules of Bankruptcy Procedure and Rule 41(b) of the Federal Rules of Civil Procedure is premature. *See* ECF No. 6. Accordingly, the motion to dismiss is DENIED without prejudice to renew at a later date.

The Clerk of Court is directed to terminate ECF No. 6 and mail a copy of this Order to Appellants.

Dated: September 3, 2026
New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge