UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

**In re Gerhard Peter Hutter, Debtor**
**Gerhard Peter Hutter and Nance M. Hutter, Appellants,**
v.
**NewRez LLC d/b/a Shellpoint Mortgage Servicing, LLC, and The Bank of New York Mellon, as Trustee, Appellees.**

Case No. **26-CV-5549 (JGLC)**

**APPELLANTS' MOTION FOR VOLUNTARY DISMISSAL OF APPEAL**

Appellants Gerhard Peter Hutter and Nance M. Hutter, proceeding pro se, respectfully move pursuant to Federal Rule of Bankruptcy Procedure 8023(b) for voluntary dismissal of this bankruptcy appeal.

On September 3, 2026, the Court denied Appellees' motion to dismiss as premature and extended Appellants' deadline to file their opening brief to September 28, 2026.

Appellants are therefore not seeking dismissal based upon any failure to prosecute or failure to comply with the Court's briefing schedule. Rather, after considering the circumstances and the separate pending state-court foreclosure proceedings, Appellants have elected not to continue prosecuting this bankruptcy appeal.

Appellants respectfully request that the appeal be voluntarily dismissed, with each side to bear its own costs.

This voluntary dismissal is not intended as an admission or adjudication of the merits of any claims, defenses, arguments, or issues concerning the state-court foreclosure proceedings.

Dated: September 1, 2026
Bedford, New York

Respectfully submitted,

Gerhard P. Hutter
Gerhard P. Hutter, Appellant pro se

Nance M. Hutter
Nance M. Hutter, Appellant pro se

Application GRANTED. Pursuant to Rule 8023(b) of the Federal Rules of Bankruptcy Procedure, "[a]n appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the district court . . . ." Accordingly, the Court HEREBY DISMISSES the appeal without prejudice and without any fee award. The Clerk of Court is directed to terminate ECF No. 8 and close the case. SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge

Dated: September 21, 2026
White Plains, New York

2026 SEP 11
SDNY DOCKET UNIT
RECEIVED